**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-7370**

———————

JAMES MESHACH LOMAX,

Plaintiff – Appellant,

v.

BOBBY SHEARIN, Warden; THE REDUCTION IN VIOLENCE COMMITTEE,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Chief District Judge. (8:09-cv-02708-DKC)

———————

Submitted: February 27, 2012          Decided:  March 1, 2012

———————

Before GREGORY and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

James Meshach Lomax, Appellant Pro Se. Rex Schultz Gordon, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Meshach Lomax appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lomax v. Shearin, No. 8:09-cv-02708-DKC (D. Md. May 9 & Sept. 30, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED